DIEDRICH J. BENSEN, Respondent, *v.* THE MANHATTAN RAIL-
WAY COMPANY et al., Appellants.

*Bensen* v. *Manhattan R. Co.,* 14 App. Div. 442, affirmed.
(Argued June 13, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
8, 1897, upon an order reversing a judgment in favor of defend-
ants entered upon a dismissal of the complaint by the court
upon the report of a referee.

*Arthur O. Townsend* and *Charles A. Gardiner* for
appellants.

*Edwin M. Felt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN, LANDON and CULLEN, JJ.

---

BENJEMEN SIRE, Respondent, *v.* J. WESLEY ROSENQUEST et al.,
Appellants.

*Sire* v. *Rosenquest,* 28 App. Div. 238, affirmed.
(Argued June 14, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered April
21, 1898, affirming a judgment in favor of plaintiff entered
upon a verdict, and an order denying a motion for a new trial.

*Henry Thompson* for appellants.

*George Fielder* and *Albert I. Sire* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN, LANDON and CULLEN, JJ.